# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00201-RCJ-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| NECESTER DOUGLAS WARMACK, | |
| Defendant. | |

Presently before the court is defendant Necester Douglas Warmack's Motion for Declaratory Relief Under 18 U.S.C. § 3624, Motion for Dismissal of Indictment, and Motion for Bail Pending Trial Under 18 U.S.C. § 3142 (ECF Nos. 27, 28, 29), filed on March 1, 2019.

Also before the court is the government's Motion to Strike Defendant's Pro Se Filings (ECF No. 30), filed on March 4, 2019.

Under Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Warmack filed his motions on a pro se basis. Given that Warmack is represented by Margaret W. Lambrose of the Federal Public Defender's Office, the court will deny Warmack's motions without prejudice. Warmack is advised that all filings in his case must be made by his attorney.

IT IS THEREFORE ORDERED that defendant Necester Douglas Warmack's Motion for Declaratory Relief Under 18 U.S.C. § 3624, Motion for Dismissal of Indictment, and Motion for Bail Pending Trial Under 18 U.S.C. § 3142 (ECF Nos. 27, 28, 29) are DENIED without prejudice.

IT IS FURTHER ORDERED that the government's Motion to Strike Defendant's Pro Se Filings (ECF No. 30) is DENIED as moot.

DATED: March 6, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE